Burles v. Roberts, 24 N. M. 256.

[Nos. 2242-2244, July 2, 1918.]
# BURLES v. ROBERTS et al. McTAVISH v. SAME. BELLOMINI v. SAME.

### SYLLABUS BY THE COURT.
Section 15, chapter 43, Laws 1917, interpreted, and *held* to have the effect of abating an appeal or writ of error where no cost bond is filed within the time required by the statute.

Appeal from District Court, McKinley County; Raynolds, Judge.

Separate actions by Charles Burles, by Robert H. McTavish, and by Nello Bellomini, against R. L. Roberts and others. From judgments dismissing the complaints on defendants' motion, plaintiff in each case appeals. Appeals dismissed.

A. T. HANNETT, of Gallup, for appellants.

WILSON & WALTON, of Silver City, and H. C. DENNY, of Gallup, for appellees.

### OPINION OF THE COURT.
PARKER, J. The facts in these cases are identical with those in Hernandez v. Roberts et al., 24 N. M. 253, 173 Pac. 1034, not yet officially reported, and for the reasons stated in that case the motion to dismiss the appeal will be granted; and it is so ordered.

HANNA, C. J., and ROBERTS, J., concur.